Date 8-30-07

Case: 2:07-CV-00638-LSC-SRW

In The District Court of The united States RECEIVED of The
For The Middle District of ALABAMA
Northern Division

2007 SEP -5 A 9: 23

DEBRA P. HACKETT, CLK
US. DISTRICT COURT
MIDDLE DISTRICT ALA

Marvin Thomas
petitioner

— V —

united States of America

Respondent

Civil Action
No. 2:07 CV 638-LSC

( WO )

Come now: the unsigned Counsel
for This Case: MARVIN THomas
ask The united States of America
to Characterize and proceed
with this motion as a 28 USC §2255
to Vacate, Set aside, or Correct Sentence
or to Challenge the Conviction and
Sentence That was Imposed upon him
by this Court. Date - 9-7-06
Marvin Thomas: Seek Immediately
Relief: From this B.O.P. Prisons
MARVIN THomas
Marvin Thomas
ND - 11519-002

GOD BLESS

Name: Marvin Thomas
Reg. No.: 11514-002
Quarters: Navajo - B
Federal Correctional Institution
P.O. Box 7007
Marianna, FL 32447-7007

Office of The CLERK
United States District Court
P.O. Box 711
Montgomery, ALABAMA 36101-0711

36101+0711

