IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARVIN THOMAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 2:07cv638-LSC |
| v | ) | (WO) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon review of the file in this case, and as petitioner Marvin Thomas has yet to file

a supplement to his 28 U.S.C. § 2255 motion that specifies with sufficient clarity the grounds

for his asserted relief, it is

ORDERED that **on or before October 9, 2007,** Thomas shall file with this court a

supplement to his motion that **plainly states every ground on which he claims he is**

**entitled to the relief sought and sets forth the specific facts that support each of his**

**claims**.

Done this 24th day of September, 2007

                  /s/Susan Russ Walker
                SUSAN RUSS WALKER
                UNITED STATES MAGISTRATE JUDGE