(1)

Case: 2:07-CV-00638-LSC-SRW | Date - 10-12-07
 | Time: 1:45pm

Marvin Thomas
Petitioner | Civil Action - No
 | 2:07-Cv-638-LSC
-V-
United States of America | ( W O )

Respondent

GOD BLESS

This is Marvin Thomas,
The unsign Counsel for this Case:
I Have Recive your Letter Date - 9-24-07
From the District Court Northern Divison
In ALAbama, saying that Marvin Thomas
Should State the facts about Why
He Should be Relief from this Conviction
Because I Can prove that I am the
unsign Counsel for Case - No - 205-Cv-101-LSC
on 9-7-07 I did not Sign any plea Agreement
Saying that I Accept this plea Agreement
Count 3, 18 U.S.C. - 922 (g) 1),
Felon in possession of a Fire ARM,
I Can prove that I never been to prison -
In my Life I am not a X-felon
I can prove that the Shot Gun -

(2)

They Charge me with
Serial No - E73/387,
They don't Have this Gun in Evidence
They don't Have any picture of this Gun
I can prove that the U.S. District Court
middle District of Alabama.
Know that Timothy C. Halston
was not my Lawyer for this plea Agreem
They Let Him Sign on -9-7-06
Case No - 2:05-CR-101-LSC
Because a motion was file on 8-18-06
to withdraw Timothy C. Halston
from this case - 2:05-CR-101-LSC
motion was Granted by the U.S.
District Court middle District Ala,
to withdraw Timothy C. Halston
from this case - 2:05-CR-101-LSC
I Marvin Thomas & unsign Counsel
Recive your Letter Date - 10-9-07
Saying that I need to Sign my
Original Signature on It
Please Let this motion Continue

Thank you
Marvin Thomas
MARVIN THOMAS
No - 11519-002

GOD BLESS

Name: Marvin Thomas
Reg. No.: 11519-002
Quarters: Navajo-A
Federal Correctional Institution
P.O. Box 7007
Marianna, FL 32447-7007



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711