IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARVIN THOMAS,          )
          )
    Petitioner,      )
          )     Civil Action No. 2:07cv638-LSC
v          )
          )
UNITED STATES OF AMERICA,     )
          )
    Respondent.     )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on November 14, 2007 (Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the United States be GRANTED an extension from November 19, 2007, to and including January 21, 2008, to file a response to Petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on October 18, 2007.

Done this 15th day of November, 2007.

              /s/Susan Russ Walker
              SUSAN RUSS WALKER
              UNITED STATES MAGISTRATE JUDGE