IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN THOMAS,          ) | |
|     Plaintiff,          ) | |
| vs.          ) | CASE NO. 2:07cv638-LSC-SRW |
|          ) | |
| UNITED STATES OF AMERICA,          ) | |
|     Defendant,          ) | |
|          ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☒     This party is a governmental entity, or

☒     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

Reportable Entity                                    Relationship to Party

Dated this the 23rd day of January, 2008.       /s/Susan R. Redmond
                                                                           SUSAN R. REDMOND
                                                                           Assistant United States Attorney
                                                                           Counsel for the United States of America
                                                                           Post Office Box 197
                                                                           Montgomery, AL 36101-0197
                                                                           334-223-7280
                                                                           334-223-7138 fax
                                                                           susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN THOMAS, )<br>      Plaintiff, )<br>vs. )<br>    )<br>UNITED STATES OF AMERICA, )<br>      Defendant, )<br>    ) | CASE NO. 2:07cv638-LSC-SRW |

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Marvin Thomas, #11519-002
Navajo-A, FCI Marianna
P.O. Box 7007
Marianna, FL 32447-7007

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov